IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Ronald Brunson, | ) | C/A No.: 3:11-cv-2824-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The *pro se* plaintiff, Ronald Brunson, brings this civil action against the Federal Bureau of Investigation. In his Complaint, Plaintiff alleges that the FBI in Columbia, South Carolina "is assaulting and battery with intent to kill their internal machine" and that the FBI is investigating his life and livelihood. (ECF No. 1). Plaintiff filed this action *in forma pauperis* under 28 U.S.C. § 1915.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the plaintiff's complaint should be summarily dismissed without service of process pursuant to 28 U.S.C. § 1915. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on November 30, 2011. Rather than filing objections to the Magistrate Judge's Report and Recommendation, the plaintiff filed two letters with the court, one on December 5, 2011 and one on December 6, 2011. The first letter asks Judge Gossett to reopen the case because the plaintiff is disabled and because he is a *pro se* plaintiff. In the second letter, the plaintiff again appears to ask the court to reopen the case.[2] However, the plaintiff does not raise any cognizable objections to the Report and Recommendation in his letters; as such, neither of these letters serves as Objections to the Report and Recommendation. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to given any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

December 19, 2011                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                            United States

---

[2] Specifically, the plaintiff "[r]equest F.T.C.A. to be drop, or acknowledge in Court, also, acknowledge these photos, and would you open case to answer from the Federal Bureau of Investigation, add this to filed." (ECF No. 16, p. 1).